IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02698-AP

SANDY JOHNSON,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| NICHOLAS D. PURIFOY<br>Midland Group/Disability Professionals<br>5020 Bob Billings Parkway, Suite C<br>Lawrence, KS 66049<br>Telephone (785) 832-8521<br>Facsimile (785) 813-0006<br>npurifoy@mydisabilityprofessionals.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br><br>ALEXESS D. REA<br>Special Assistant United States Attorney<br>1001 17th Street<br>Denver, CO 80202<br>Telephone: (303) 844-7101<br>Facsimile: (303) 454-0770<br>alexess.rea@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A.  Date Complaint Was Filed:** October 17, 2011
**B.  Date Complaint Was Served on U.S. Attorney's Office:** January 9, 2012
**C. Date Answer and Administrative Record Were Filed:** March 9, 2012 (Answer) and March 12, 2012 (Administrative Record)

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Administrative Record appears to be complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not foresee any unusual claims or defenses in this case.

**7. OTHER MATTERS**

The parties are not aware of any other relevant matters.

**8. BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

**A.  Plaintiff's Opening Brief Due:** May 8, 2012
**B.  Defendant's Response Brief Due:** June 7, 2012
**C.  Plaintiffs Reply Brief (If Any) Due:** June 22, 2012

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:**
   Plaintiff does not request oral argument.

**B. Defendant's Statement:**
   Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.   (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.   (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

   DATED this 29th day of March, 2012.

                              BY THE COURT:


                              *s/John L. Kane*
                              U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| | JOHN F. WALSH |
| s/ *Nicholas D. Purifoy* | United States Attorney |
| NICHOLAS D. PURIFOY | District of Colorado |
| Midland Group/Disability Associates | |
| 5020 Bob Billings Parkway, Suite C | KEVIN TRASKOS |
| Lawrence, KS 66049 | Deputy Chief, Civil Division |
| Telephone: (785) 832-8521 | United States Attorney's Office |
| Facsimile: (785) 831-0006 | |
| npurifoy@mydisabilityprofessionals.com | WILLIAM G. PHARO |
| | Assistant United States Attorney |
| Attorney for Plaintiff | |
| | s/   *Alexess D. Rea* |
| | ALEXESS D. REA |
| | Special Assistant United States Attorney |
| | 1001 17th Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-7101 |
| | Facsimile: (303) 454-0770 |
| | alexess.rea@ssa.gov |
| | |
| | Attorneys for Defendant |